# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Antonio Lee Dodd,<br>*Plaintiff*<br>v.<br><br>Laverne C. McKinney *"Mail Room Clerk" in his/her individual and official capacity*; SGT. S. Norris *Sergeant/(GCDC) in his/her individual and official capacity*; LT. W. Kramer *Lieutenant/(GCDC) in his/her individual and official capacity*; Scotty Bodiford *Administrator in his individual and official capacity,*<br>*Defendants*. | Civil Action No.    1:19-cv-02937-DCN |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Antonio Lee Dodd, shall take nothing of the defendants, Laverne C. McKinney *"Mail Room Clerk" in his/her individual and official capacity*, SGT. S. Norris *Sergeant/(GCDC) in his/her individual and official capacity*, LT. W. Kramer *Lieutenant/(GCDC) in his/her individual and official capacity* and Scotty Bodiford *Administrator in his individual and official capacity*, and this action is dismissed without prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding, affirming the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:    November 19, 2019                            *ROBIN L. BLUME, CLERK OF COURT*

                                                                                  s/L. Baker

                                                                  *Signature of Clerk or Deputy Clerk*